MITCHELL CHADWICK LLP
PATRICK G. MITCHELL (SBN 124420)
SARAH M. TAYLOR (SBN 296520)
3001 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 462-8888
Facsimile: (916) 788-0290
pmitchell@mitchellchadwick.com
staylor@mitchellchadwick.com

Attorneys for Defendants
CEMEX Construction Materials Pacific, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC., a Delaware corporation<br><br>Defendant. | Case No. 2:17-cv-00272-MCE-CKD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 28 DAYS; ORDER**<br><br>**District Judge Morrison C. England, Jr.**<br>**Magistrate Judge Carolyn K. Delaney**<br><br>Complaint filed: February 8, 2017<br>Current response date: July 31, 2017<br>New response date: August 28, 2017 |

WHEREAS, the complaint in this action was filed on February 8, 2017 ("Complaint") by plaintiff The California Sportfishing Protection Alliance ("Plaintiff") against defendant CEMEX Construction Materials Pacific, LLC ("Defendant" or "CEMEX");

WHEREAS, Defendant waived service on May 2, 2017;

WHEREAS, pursuant to Local Rule 144, Plaintiff and Defendant stipulated to extend Defendant's time to respond to the Complaint by 28 days on June 28, 2017;

WHEREAS, Defendant must currently respond to the Complaint by July 31, 2017.

WHEREAS, Plaintiff and Defendant have been engaged in settlement discussions and anticipate reaching settlement in the coming weeks; and

WHEREAS, in light of ongoing settlement discussions, the parties believe it to further the interests of judicial economy to extend the time for Defendant to respond to the Complaint by 28

days.

THEREFORE, Plaintiffs and CEMEX hereby stipulate that CEMEX may respond to the Complaint by no later than August 28, 2017.

**IT IS SO STIPULATED.**

Dated: July 26, 2017  MITCHELL CHADWICK LLP

By: /s/ Sarah M. Taylor
PATRICK G. MITCHELL
SARAH M. TAYLOR

Attorneys for Defendant
CEMEX Construction Materials Pacific, LLC.

Dated: July 26, 2017  LOZEAU DRURY LLP

By: /s/ Douglas Chermak (as authorized on July 26, 2017)
MICHAEL R. LOZEAU
DOUGLAS J. CHERMAK

Attorneys for Plaintiff
The California Sportfishing Protection Alliance

**ORDER**

Having read and considered the Joint Stipulation for Order Extending Time to Respond to Initial Complaint of CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC ("Defendant") and THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("Plaintiff"), and good cause appearing therefore,

IT IS ORDERED that the application is GRANTED, as follows: Defendant shall have an extension of time, up to and including August 28, 2017, to file a responsive pleading to Plaintiff's initial complaint.

IT IS SO ORDERED.

Dated: July 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE