MITCHELL CHADWICK LLP
PATRICK G. MITCHELL (SBN 124420)
SARAH M. TAYLOR (SBN 296520)
3001 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 462-8888
Facsimile: (916) 788-0290
pmitchell@mitchellchadwick.com
staylor@mitchellchadwick.com

Attorneys for Defendants
CEMEX Construction Materials Pacific, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC., a Delaware corporation<br><br>Defendant. | Case No. 2:17-cv-00272-MCE-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 60 ADDITIONAL DAYS; ORDER**<br><br>**District Judge Morrison C. England, Jr.**<br>**Magistrate Judge Carolyn K. Delaney**<br><br>Complaint filed: February 8, 2017<br>Current response date: August 28, 2017<br>New response date: October 27, 2017 |

WHEREAS, the complaint in this action was filed on February 8, 2017 ("Complaint") by plaintiff The California Sportfishing Protection Alliance ("Plaintiff") against defendant CEMEX Construction Materials Pacific, LLC ("Defendant");

WHEREAS, Defendant waived service on May 2, 2017;

WHEREAS, pursuant to Local Rule 144, Plaintiff and Defendant stipulated to extend Defendant's time to respond to the Complaint by 28 days on June 28, 2017;

WHEREAS, Judge England granted the Parties' Stipulation for Order Extending Time on

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND ORDER
CASE NO: 2:17-CV-00272-MCE-CKD

July 31, 2017;

WHEREAS, Defendant must currently respond to the Complaint by August 28, 2017;

WHEREAS, Plaintiff and Defendant have agreed on material terms of settlement and are in the process of drafting the written settlement agreement;

WHEREAS, in light of ongoing settlement discussions, the parties believe it to further the interests of judicial economy to extend the time for Defendant to respond to the Complaint by 60 days; and

THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant may respond to the Complaint by no later than October 27, 2017.

**IT IS SO STIPULATED.**

Dated: August 23, 2017   MITCHELL CHADWICK LLP

By:   /s/ Patrick G. Mitchell
PATRICK G. MITCHELL
SARAH M. TAYLOR

Attorneys for Defendant
CEMEX Construction Materials Pacific, LLC.

Dated: August 23, 2017   LOZEAU DRURY LLP

By:   /s/ Douglas J. Chermak (as authorized on August 23, 2017)
MICHAEL R. LOZEAU
DOUGLAS J. CHERMAK

Attorneys for Plaintiff
The California Sportfishing Protection Alliance

**ORDER**

Having read and considered the Joint Stipulation for Order Extending Time to Respond to Initial Complaint of CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC ("Defendant") and THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("Plaintiff"), and good cause appearing therefore,

IT IS SO ORDERED that the stipulation is granted as follows: Defendant shall have an extension of time, up to and including October 27, 2017, to file a responsive pleading to Plaintiff's initial complaint.

IT IS SO ORDERED.

**Dated: August 28, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE