MITCHELL CHADWICK LLP
PATRICK G. MITCHELL (SBN 124420)
SARAH M. TAYLOR (SBN 296520)
3001 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 462-8888
Facsimile: (916) 788-0290
pmitchell@mitchellchadwick.com
staylor@mitchellchadwick.com

Attorneys for Defendants
CEMEX Construction Materials Pacific, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC., a Delaware corporation<br><br>Defendant. | Case No. 2:17-cv-00272-MCE-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 60 ADDITIONAL DAYS; ORDER**<br><br>**District Judge Morrison C. England, Jr.**<br>**Magistrate Judge Carolyn K. Delaney**<br><br>Complaint filed: February 8, 2017<br>Current response date: October 27, 2017<br>New response date: December 26, 2017 |

WHEREAS, the complaint in this action was filed on February 8, 2017 ("Complaint") by plaintiff The California Sportfishing Protection Alliance ("Plaintiff") against defendant CEMEX Construction Materials Pacific, LLC ("Defendant");

WHEREAS, Defendant waived service on May 2, 2017;

WHEREAS, pursuant to Local Rule 144, Plaintiff and Defendant stipulated to extend Defendant's time to respond to the Complaint by 28 days on June 28, 2017;

WHEREAS, Judge England granted the Parties' Stipulation for Order Extending Time on

{00032250;1}

1

July 31, 2017;

 WHEREAS, Plaintiff and Defendant stipulated to extend Defendant's time to respond to the Complaint by an additional 60 days on August 23, 2017.

 WHEREAS, Judge England granted the Parties' Joint Stipulation for Order to Extend Time to Respond to Initial Complaint on August 28, 2017.

 WHEREAS, Defendant must currently respond to the Complaint by October 27, 2017;

 WHEREAS, Plaintiff and Defendant have agreed on material terms of settlement and have drafted the written settlement agreement;

 WHEREAS, the settlement agreement must now be reviewed by the United States Department of Justice;

 WHEREAS, in light of ongoing settlement discussions, the parties believe it to further the interests of judicial economy to extend the time for Defendant to respond to the Complaint by an additional 60 days; and

 THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant may respond to the Complaint by no later than December 26, 2017.

**IT IS SO STIPULATED.**

        [Signatures on Next Page]

| | | |
|---|---|---|
| Dated: October 26, 2017 | | MITCHELL CHADWICK LLP |
| | By: | /s/ Patrick G. Mitchell<br>PATRICK G. MITCHELL<br>SARAH M. TAYLOR |
| | | Attorneys for Defendant<br>CEMEX Construction Materials Pacific, LLC. |
| Dated: October 26, 2017 | | LOZEAU DRURY LLP |
| | By: | /s/ Douglas J. Chermak (as authorized on October 26, 2017)<br>MICHAEL R. LOZEAU<br>DOUGLAS J. CHERMAK |
| | | Attorneys for Plaintiff<br>The California Sportfishing Protection Alliance |

# ORDER

Having read and considered the Joint Stipulation for Order Extending Time to Respond to Initial Complaint of CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC ("Defendant") and THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("Plaintiff"), and good cause appearing therefore,

IT IS SO ORDERED that the stipulation is granted as follows: Defendant shall have an extension of time, up to and including December 26, 2017, to file a responsive pleading to Plaintiff's initial complaint.

IT IS SO ORDERED.

**Dated: October 30, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE