MITCHELL CHADWICK LLP
PATRICK G. MITCHELL (SBN 124420)
SARAH M. TAYLOR (SBN 296520)
3001 Lava Ridge Court, Suite 120
Roseville, CA 95661
Telephone: (916) 462-8888
Facsimile: (916) 788-0290
pmitchell@mitchellchadwick.com
staylor@mitchellchadwick.com

Attorneys for Defendants
CEMEX Construction Materials Pacific, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC., a Delaware corporation<br><br>Defendant. | Case No. 2:17-cv-00272-MCE-CKD<br><br>**ORDER REGARDING NOTICE OF SETLEMENT AND STAY OF LITIGATION DEADLINES**<br><br>**[L.R. 160 and FRCP 16]**<br><br>**District Judge Morrison C. England, Jr.**<br>**Magistrate Judge Carolyn K. Delaney**<br><br>Complaint filed: February 8, 2017<br>Current response date: December 26, 2017 |

# ORDER

Having read and considered the Notice of Settlement of the above-referenced parties, and good cause appearing therefore,

IT IS SO ORDERED that a stay of litigation deadlines is GRANTED, as follows: Litigation deadlines in this case are stayed up to and including February 28, 2018, when the parties will either file a Stipulation to Dismiss Plaintiff's Claims or a Notice that the settlement is null and void.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE