Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
doug@lozeaudrury.com

Attorneys for Plaintiff
THE CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, a Delaware corporation;<br><br>Defendant. | Case No. 2:17-cv-00272-MCE-CKD<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE**<br>**[FRCP 41(a)(2)]** |

**WHEREAS**, on July 23, 2014, Plaintiff The California Sportfishing Protection Alliance ("CSPA") filed its Complaint against Defendant CEMEX Construction Materials Pacific, LLC ("CEMEX") in this Court, *The California Sportfishing Protection Alliance v. Cemex Construction Materials Pacific, LLC*, Case No. 2:17-cv-00272-MCE-CKD, in which Plaintiff alleged violations of the Clean Water Act;

**WHEREAS**, CSPA and CEMEX, through their authorized representatives and without either adjudication of CSPA's claims or admission by CEMEX of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth

in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.

**WHEREAS**, the parties submitted a settlement agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed. The federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the settlement agreement;

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice. The parties respectfully request an order from this Court dismissing such claims.

Dated: February 28, 2018

Respectfully submitted,

LOZEAU DRURY LLP

By:   /s/ *Douglas J. Chermak*_____
Douglas J. Chermak
Attorneys for Plaintiff
THE CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

MITCHELL CHADWICK LLP

/s/ *Sarah M. Taylor*\_\_\_
(as authorized on 2/27/18)
Sarah M. Taylor
*Attorneys for Defendant*
CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC

# ORDER

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that Plaintiff The California Sportfishing Protection Alliance's claims against Defendant CEMEX Construction Materials Pacific, LLC, as set forth in the Notice and Complaint filed in Case No. 2:17-cv-00272-MCE-CKD, are hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 17, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE